Joyce WANG, Plaintiff—Appellant,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, Defendant,

Samuel CHEUNG, Defendant— Appellee.

No. 00–15067.
D.C. No. CV–98–01690–MHP.

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2001 *.

Decided April 9, 2001.

Before SNEED, FERNANDEZ, and KLEINFELD, Circuit Judges.

MEMORANDUM **

After de novo review,[1] we affirm the judgment of the district court. There is no evidence in the record based on which a reasonable jury could conclude that the reasons offered by Samuel Cheung for ter-

1. *See Weiner v. San Diego County,* 210 F.3d

minating Joyce Wang's employment were pretextual. The evidence is uncontradicted that Cheung terminated Wang on the basis of her inability to work appropriately with her colleagues.[2]

AFFIRMED.

2. See Nelson v. Pima Community College, 83 F.3d 1075, 1081 (9th Cir.1996); Wallis v. J.R. Simplot Co., 26 F.3d 885, 890 (9th Cir.1994).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.